UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Carver Industries, L.L.C.,            Case No. BKY 09-43538

           Debtor.            Chapter 11 Case, now Chapter 7 Case

**FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION
UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE
PURSUANT TO BANKRUPTCY RULE 1019(5) AND LOCAL RULE 1019-1(a)(2)**

**NOTE:** An original and three conformed copies of this final report, and one unpaid entities matrix, must be filed with the Clerk's office <u>within 14 days</u> of receipt of this form. Prepare and attach separate exhibits where necessary.

**I. Cash**

(a)    Total case receipts received during chapter 11 case (include cash on hand when the petition was filed).      $_____ 0.00

(b)    Total cash disbursements during chapter 11 case.      $_____ 0.00

(c)    Cash balance on hand at date of conversion.      $_____ 0.00

(d)    Is the cash balance on hand stated above subject to a security interest?      $_____

(e)    If so, state the name and address of the secured creditor and the amount unpaid on the date of conversion on the security agreement:

<u>Name and Address of Secured Creditor</u>            <u>Amount Unpaid</u>

                                                             $_____

## II. Accounts Receivable

(a) Total amount due the debtor from other entities on date the case     $ _____NONE
was converted to a chapter 7 case.

(b) Is the account receivable balance stated above subject to a
security interest?

(c) If so, state the name and address of the secured creditor and the amount unpaid on the
date of conversion on the security agreement:

| Name and address of secured creditor | Amount unpaid |
|---|---|
| | $ _____ |

(d) Itemize below all accounts receivable due the debtor from other entities on the date the
case was converted to a chapter 7 case:

| Name and address of account obligor | Kind of obligation | Date of obligation | Amount due debtor |
|---|---|---|---|

**III.    Accounts Payable**

(a)    Total unpaid debts incurred during chapter 11 case.        $ _____NONE

(b)    Itemize below all unpaid debts incurred during the chapter 11 case, including unsecured debts, secured debts, taxes, wages, administrative expenses, etc., but not including any prepetition debts:

| Name and Address of unpaid entities | Kind of debt | Date incurred | Amount unpaid |
|---|---|---|---|
| NONE – all post petition liabilities were assumed by purchaser | | | $ _____ |

**IV.    Matrix**

Pursuant to Local Rule 311(a)(2) prepare and file with this report an appropriate matrix for mailing purposes containing the names and addresses of all unpaid entities listed above in Section III(b).

**V.    Original Chapter 11 Assets**

Itemize below the assets of the debtor other than cash or accounts receivable *on the date the petition was filed* that were disposed of during the chapter 11 case or that were retained but had a reduced or increased value on the date of conversion to a chapter 7 case:

| Description of property | Value Scheduled in Schedules B 1-2-3 or Schedules A-B-C | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|
| ASSETS WERE SOLD | | | |

**VI.    New Chapter 11 Assets**

Itemize below the assets of the debtor other than cash or accounts receivable *that were acquired by the debtor during the chapter 11* case and that were disposed of during the chapter 11 case or that were retained as assets on the date of conversion to a chapter 7 case:

| Description of property | Price paid for property | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|
| Any assets acquired were acquired in ordinary course of business and added to manufactured products and sold in the ordinary course during the bankruptcy, or were sold as part of the transactions to sell the business prior to conversion. | | | |

## VII. Executory Contracts and Unexpired Leases

(a) <u>Rejected</u> List below the unexpired leases and other executory contracts that were rejected during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

> Please refer to the following Dockets as to disposition of Executory Contracts and Unexpired leases: 62; 84; 299; 348; 457; 568; 633; 644; 649; 654; 687; 751; and 837

(b) <u>New, assumed, or not rejected</u> List below the unexpired leases and other executory contracts that were assumed or not rejected and the new executory contracts including leases that were entered into during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

> Please refer to the following Dockets as to disposition of Executory Contracts and Unexpired leases: 62; 84; 299; 348; 457; 568; 633; 644; 649; 654; 687; 751; and 837

The final report above, consisting of __4__ pages and __0__ exhibits, has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: _December 6_, 2010

David J. Stetchen
Vice President
Manchester Companies, Inc.

CHIEF RESTRUCTURING OFFICE FOR DEBTOR

10/21/92; Local Rule 311(a)(2)
4765234_1.DOC – Carver Industries, L.L.C.